UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED DARNELL DANIELS, | No. 2: 18-cv-1973 KJN P |
| Plaintiff, | |
| v. | ORDER |
| MARIANA LOTERSZTAIN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding without counsel, has filed this civil rights action pursuant to 42 U.S.C. § 1983. Court records reflect that plaintiff is proceeding with another civil rights action in this court raising the same claims, <u>Daniels v. Arnold</u>, 2: 16-cv-0551 KJM AC P. Good cause appearing, the undersigned construes the complaint filed in the instant action to be an amended complaint in 16-cv-551.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to file the complaint filed in the instant action as an amended complaint in 16-cv-551;

2. The Clerk of the Court is directed to close the instant action.

Dated: August 7, 2018

Dan1973.ord

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1